**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  07-cr-00210-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  JACINTO HERNANDEZ-NORIEGA,
    a/k/a Jose Casada-Morales,
    a/k/a Fernando Colin-Orozco,
    a/k/a Fernando Colin,

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce JACINTO HERNANDEZ-NORIEGA before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this ___21st___ day of May, 2007.

                                                   s/Lewis T. Babcock  
                                             LEWIS T. BABCOCK, CHIEF JUDGE  
                                             UNITED STATES DISTRICT COURT  
                                             DISTRICT OF COLORADO